UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61941-CIV-ZLOCH

WILLIAM GALLO SOTO,

    Movant,

vs.                                         **O R D E R**

UNITED STATES OF AMERICA,

    Respondent.
_____/

    THIS MATTER is before the Court upon the Report of Magistrate Judge (DE 13) filed herein by United States Magistrate Judge Patrick A. White. No Objections to said Report have been filed. The Court has conducted a de novo review of the entire record herein and is otherwise fully advised in the premises.

    In his Report (DE 13), Magistrate Judge White recommends that Movant William Gallo Soto's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody (DE 1) be denied in its entirety. As Judge White explains, Movant has not established that in regard to his sentencing, he was prejudiced under Strickland v. Washington, 466 U.S. 668 (1984). Judge White also recommends that Movant's request for an evidentiary hearing be denied. The Court adopts Magistrate Judge White's reasoning and conclusions.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report of Magistrate Judge (DE 13) filed herein by United States Magistrate Judge Patrick A. White be and the same is hereby approved, adopted and ratified by the Court;

2. Movant William Gallo Soto's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody (DE 1) be and the same is hereby **DENIED**; and

3. Final Judgment will be entered by separate Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___18th___ day of July, 2012.

                                                                                  _____
                                                                                  WILLIAM J. ZLOCH
                                                                                  United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

All Counsel of Record

William Gallo Soto, PRO SE
Reg. No. 91407-004
CI D. Ray James Correctional Institution
P.O. Box 2000
Folkston, GA 31537